# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| EXTRACTION OIL & GAS, INC., *et al.*,[1] | Case No. 20-11548 (CSS) |
| Debtors. | (Jointly Administered) |
| EXTRACTION OIL & GAS, INC., |  |
| Plaintiff, | Adversary Proceeding |
| v. |  |
| ELEVATION MIDSTREAM, LLC, | Adv. Proc. No. 20-50839 (CSS) |
| Defendant. |  |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

1. Pursuant to Rule 56 of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding under Rules 7001 and 7056 of the Federal Rules of Bankruptcy Procedure, Extraction Oil & Gas, Inc. ("Extraction") moves for summary judgment. Extraction requests that this Court enter an order, substantially in the form attached hereto, granting summary judgment in favor of Extraction on Count I of the *Complaint for Declaratory Judgment* [Adv. Dkt. 1], and granting such other and further relief as is just and proper.

2. The reasons for the relief requested herein are set forth in the accompanying *Brief in Support of Plaintiff's Motion for Summary Judgment* which is being filed concurrently

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Extraction Oil & Gas, Inc. (3923); 7N, LLC (4912); 8 North, LLC (0904); Axis Exploration, LLC (8170); Extraction Finance Corp. (7117); Mountaintop Minerals, LLC (7256); Northwest Corridor Holdings, LLC (9353); Table Mountain Resources, LLC (5070); XOG Services, LLC (6915); and XTR Midstream, LLC (5624). The location of the Debtors' principal place of business is 370 17th Street, Suite 5300, Denver, Colorado 80202.

herewith and is incorporated herein by reference. There are no material facts in dispute that would preclude the Court from granting summary judgment in favor of Extraction.

3. Pursuant to Rule 2012(b) of the Federal Rules of Bankruptcy Procedure and Rule 7012-1 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, Extraction consents to the entry of a final order or judgment on the Motion by this Court if it is determined that the Court, absent consent of the parties, cannot enter a final order or judgment consistent with Article III of the United States Constitution.

WHEREFORE, Extraction respectfully requests that the Court enter the proposed order, substantially in the form attached hereto as **Exhibit A**, granting the Motion and entering summary judgment for Extraction on Count I of the Complaint and awarding such other and further relief as the Court deems just and proper.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: September 4, 2020<br>Wilmington, Delaware | */s/ Stephen B. Gerald*<br>**WHITEFORD, TAYLOR & PRESTON LLC**[2] |

Marc R. Abrams (DE No. 955)
Richard W. Riley (DE No. 4052)
Stephen B. Gerald (DE No. 5857)
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801
Telephone:   (302) 353-4144
Facsimile:    (302) 661-7950
Email:          mabrams@wtplaw.com
                    rriley@wtplaw.com

- and -

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Christopher Marcus, P.C. (admitted *pro hac vice*)
Allyson Smith Weinhouse (admitted *pro hac vice*)
Ciara Foster (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:          christopher.marcus@kirkland.com
                    allyson.smith@kirkland.com
                    ciara.foster@kirkland.com

- and -

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Anna Rotman, P.C. (admitted *pro hac vice*)
Kenneth Young (admitted *pro hac vice*)
609 Main Street
Houston, Texas 77002
Telephone:   (713) 836-3600
Facsimile:    (713) 836-3601
Email:          anna.rotman@kirkland.com
                    kenneth.young@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

---

[2] Whiteford, Taylor & Preston LLC operates as Whiteford Taylor & Preston L.L.P. in jurisdictions outside of Delaware.