# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| EXTRACTION OIL & GAS, INC., *et al.*,[1] | ) Case No. 20-11548 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
| EXTRACTION OIL & GAS, INC., | ) |
|  | ) |
| Plaintiff, | ) Adversary Proceeding |
|  | ) |
| v. | ) |
|  | ) Adv. Proc. No. 20-50839 (CSS) |
| ELEVATION MIDSTREAM, LLC, | ) |
|  | ) |
| Defendant. | ) |

**ORDER GRANTING**
**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

This matter having come before this Court on Plaintiff's Motion for Summary Judgment; this Court having reviewed the Motion; this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; this Court having found this is a core proceeding under 28 U.S.C. § 157(b)(2); this Court having found it may enter a final order consistent with Article III of the United States Constitution; this Court having found that venue of this proceeding and the Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409; this

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Extraction Oil & Gas, Inc. (3923); 7N, LLC (4912); 8 North, LLC (0904); Axis Exploration, LLC (8170); Extraction Finance Corp. (7117); Mountaintop Minerals, LLC (7256); Northwest Corridor Holdings, LLC (9353); Table Mountain Resources, LLC (5070); XOG Services, LLC (6915); and XTR Midstream, LLC (5624). The location of the Debtors' principal place of business is 370 17th Street, Suite 5300, Denver, Colorado 80202.

2

Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; this Court having reviewed the Motion and the memorandum in support, and having heard the statements in support of the relief requested therein at a hearing before this Court; this Court having determined that the legal and factual bases set forth in the Motion and the memorandum in support and at the hearing establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. Plaintiff's Motion for Summary Judgment is GRANTED.

2. Summary judgment is granted on Count I of the Complaint under 28 U.S.C. § 2201 because the Gas Agreement does not create any covenants running with the land as a matter of law.

3. Summary judgment is granted on Count II of the Complaint under 28 U.S.C. § 2201 because the Oil Agreement does not create any covenants running with the land as a matter of law.

4. Summary judgment is granted on Count III of the Complaint under 28 U.S.C. § 2201 because the Water Agreement does not create any covenants running with the land as a matter of law.

5. This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this Order.